FILED
2014 Mar-18 PM 02:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEORGE WAYNE PETERSON, )<br>)<br>Petitioner, )<br>v. )<br>)<br>MAIKE RAINEY, et al., )<br>)<br>Respondents. ) | Case Number: 5:13-cv-00856-WMA-JHE |

**MEMORANDUM OPINION**

On February 25, 2014, the magistrate judge entered a Report and Recommendation, (doc. 10), recommending the petition for writ of habeas corpus be dismissed with prejudice. The Clerk attempted to send Petitioner a copy of the Report and Recommendation at the address he provided, but it was returned with the note: "SEND BACK NOT HERE." (Doc. 11). Petitioner has not provide the court with a new address. A search of the Alabama Department of Corrections database indiates there are no inmates with the first name "George" and the last name "Peterson," leading the court to believe Petitioner has been released from custody. As one can expect, no objections to the Report and Recommendation have been filed.

The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be DISMISSED. A separate Order will be entered.

DONE this 18th day of March 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE